David Davidson, Esq. SBN 215969
ddavidson@ohaganmeyer.com
O'HAGAN MEYER LLP
4695 MacArthur Court, Suite 210
Newport Beach, CA 92660
Telephone: (949) 942-8500
Facsimile: (949) 942-8510

Attorney for Defendant,
WALMART, INC.

# UNITED STATES DISTRICT COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BECERRA DE GARCIA, an individual; MELECIO GARCIA GUTIERREZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART, INC., a Delaware corporation; TRACY, an individual, and DOES 1-25, inclusive, <br><br> Defendant. | CASE NO. <br><br> Underlying Case No. 30-2020-01244464-CU-PO-CJC (Orange County Superior Court) <br><br> **DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY) AND DECLARATION OF DAVID DAVIDSON, ESQ** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant, WALMART, INC., ("Defendant"), a Delaware Corporation, hereby removes this action from Superior Court of the State of California, County of Orange to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 on the basis of diversity.

This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) on the grounds that complete diversity exists between all parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  Plaintiff Maria Becerra De Garcia is a resident, citizen and domiciliary of the State of California. Plaintiff Melecio Garcia Gutierrez is a resident, citizen and domiciliary of the State of California. Defendant is a Delaware corporation with its principal place of business in the State of Arkansas.

## INTRODUCTION

1.      On February 8, 2022, plaintiffs Maria Becerra De Garcia ("Plaintiff") and Melecio Garcia Gutierrez ("Plaintiff") commenced this action by filing a complaint in the Superior Court of the State of California in and for the County of Orange, entitled *Maria Becerra De Garcia, an individual, Melecio Garcia Gutierrez, an individual v. Walmart, Inc., a Delaware corporation, Tracy, an individual, and DOES 1-25, inclusive,*" as Case Number 30-2020-01244464-CU-PO-CJC.  Plaintiff alleges three causes of action for negligence, premises liability, and loss of consortium arising out of a trip and fall accident that is alleged to have occurred on April 19, 2021, in Orange County, California.

2.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served to date on Defendant in this action are attached hereto, collectively, as **Exhibit A.**

3.      The Complaint was served on Defendant on May 4, 2022. This Notice of Removal is thus timely pursuant to 28 U.S.C. § 1446(b) because it is being made within thirty (30) days after service of the initial Complaint on Defendant.

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

4.      This Notice of Removal is also timely under 28 U.S.C. § 1446(b) since it is being filed within one (1) year of the commencement of this action.

## BASIS FOR REMOVAL

5.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332, which confers original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between … citizens of different States and in which citizens or subjects of a foreign state are additional parties[.]"

6.      At the time of filing his complaint, Plaintiffs were residents and citizen of the State of California, County of Orange. (Davidson Dec., ¶ 3.)

7.      Defendant is a citizen of the Delaware where it was incorporated with its principal place of business in the State of Arkansas. (Id. at ¶ 4.)

8.      There is one other defendant named in this action, "TRACY, AN INDIVIDUAL". (Id. at ¶ 6.) No last name is provided and there is no indication that he or she has been served with the complaint. (Id.) The defendants identified as "Does 1 through 25" in Plaintiff's Complaint are merely fictitious parties who have not been identified.

9.      The inclusion of "Doe" defendants in the state court Complaint has no effect on removability.  In determining whether diversity of citizenship exists, only the named defendants are considered.  (See *Newcombe v. Adolf Coors Co*., 157 F.3d 686, 690-91 (9th Cir. 1998); see also *Olive v. Gen. Nutrition Ctrs., Inc*., No. 2:12-cv-04297-ODW, 2012 WL 2006389, at *1 (C.D. Cal. June 5, 2012); *Marsikyan v. Porsche Cars N. Am., Inc*., No. CV 11-09411 SJO, 2012 WL 280585, at *2 (C.D. Cal. Jan. 30, 2012).

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

10.     In determining whether the parties are diverse under 28 U.S.C. § 1441(b), "the citizenship of defendants sued under fictitious names shall be disregarded." (See also, *Goldsmith v. CVS Pharmacy, Inc.*, CV 20-0750-AB (JCx), 2020 WL 1650760 (C.D. Cal. April 3, 2020); *Soliman v. Philip Morris Inc.*, 311 F.3d 966, 971 (9th Cir. 2002)). The presumption remains that Congress said what it meant and meant when it said when it wrote 28 U.S.C. § 1441(b) to require that the citizenship of fictitious defendants be ignored when considering diversity jurisdiction. The Ninth Circuit was clear when it indicated the same. (See *Soliman*, 311 F.3d at 966.) The parties are accordingly completely diverse, and jurisdiction is proper.

11.     Plaintiff's Complaint does not specify the amount of damages sought by way of her action. Pursuant to California Code of Civil Procedure §§ 425.10 and 425.11, a plaintiff in a personal injury action is not permitted to include a specific damages prayer in her complaint.

12.     On May 4, 2022, Plaintiff served Statement of Damages with the Complaint claiming in excess of $1,000,000.00 in general damages and in excess of $1,000,000.00 in special damages. (Id. at ¶ 2.) Therefore, the amount of damages exceeds $75,000.00.

13.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which many be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs because Plaintiff has alleged damages in excess of $2,000,000.00. (Davidson Dec., ¶ 2-4.)

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

14.   Thus, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removal of this action from the Superior Court of California, County of Orange to the United States District Court for the Central District of California is appropriate.

15.   The removal of this action to this Court is proper under 28 U.S.C. § 1441(a) inasmuch as the Superior Court of the State of California, County of Orange, where this action was originally filed, is located within this federal judicial district. Also, both the place of Plaintiff's residence/domicile and the location of the accident at issue are located in the County of Orange in the State of California. (Davidson Dec., ¶ 3.)

16.   This Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

17.   Counsel for Defendant hereby certifies that they will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Orange, as required by 28 U.S.C. § 1446, and give notice of same to Plaintiff.

18.   No previous application for the relief sought herein has been made to this Court or any other Court.

///

///

///

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

1        **WHEREFORE,** Defendant hereby removes this action from the Superior

2   Court of the State of California, County of Orange to this Court pursuant to 28

3   U.S.C. §§ 1332, 1441 and 1446.

4

5

6   DATED: May 20, 2022           O'HAGAN MEYER

7

8                        By: _____

9                        David Davidson

10                       Attorney for Defendant, WALMART INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

## DECLARATION OF DAVID DAVIDSON, ESQ.

I, David Davidson, declare as follows:

1.    I am an attorney duly authorized and licensed to practice before this Court, as well as all courts of the State of California, Washington and Iowa. I am an attorney with the law firm of O'Hagan Meyer, counsel of record for defendant WALMART, INC., a Delaware Corporation ("Walmart") in the above-captioned matter.   The information stated herein is true and correct and of my personal knowledge, unless stated on information and belief.  If called as a witness, I could and would testify competently to the matters declared herein.

2.    As a result of the subject fall, Plaintiffs Maria Becerra De Garcia ("Plaintiff") and Melecio Garcia Gutierrez ("Plaintiff") alleged in a Statement of Damages that was served on May 4, 2022 with the Complaint general damages in excess of $1,000,000.00 and special damages in excess of $1,000,000.00.

3.    According to the Complaint prepared and submitted by Plaintiff, she resides in Orange County, California. I am informed and believe she has been a citizen of the State of California at all relevant times, from the date of the incident up to and including the time she filed her Complaint. The subject accident allegedly occurred on April 19, 2021, at a Walmart store located in Orange County, California.

4.    Walmart, Inc. is incorporated in Delaware with its principal place of business in the State of Arkansas.

5.    Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served to date on Defendant in this action are attached hereto, collectively, as **Exhibit A.**

1

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

6.     There is one other defendant named in this case, "TRACY, AN INDIVIDUAL" with no last name is provided and there is no indication that he or she has been served with the complaint in this action.

7.     The Complaint was served on Defendant Walmart, Inc. on May 4, 2022. This Notice of Removal is thus timely pursuant to 28 U.S.C. § 1446(b) because it is being made within thirty (30) days after service of the initial Complaint on Defendant Walmart, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on May 11, 2022.


_____
David Davidson, Declarant

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY)**

# EXHIBIT A

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
05/04/2022
CT Log Number 541521113

## Service of Process Transmittal Summary

**TO:**  KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:**  **Process Served in California**

**FOR:**  WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GARCIA MARIA BECERRA DE, an individual; MELECIO GARCIA GUTIERREZ, an individual // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s), Notice, Certificate(s) |
| **COURT/AGENCY:** | Orange County, Superior Court of California, CA<br>Case # 30202201244464CUPOCJC |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 04/19/2021 - 2300 N Tustin St., Orange, CA 92865 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/04/2022 at 02:22 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | John R. Rofael<br>Downtown L.A. Law Group<br>601 N. Vermont Ave.<br>Los Angeles, CA 90004<br>213-389-3765 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/05/2022, Expected Purge Date: 05/15/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
05/04/2022
CT Log Number 541521113

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                Wed, May 4, 2022
**Server Name:**                         Ramiro Saucedo

| Entity Served | WALMART INC. |
|---|---|
| Case Number | 30-2022-01244464-CU-PO-CJC |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



Case 8:22-cv-01028-DOC-ADS   Document 1   Filed 05/20/22   Page 13 of 28   Page ID #:13
Electronically Filed by Superior Court of California, County of Orange, 02/08/2022 02:23:14 PM.
30-2022-01244464-CU-PO-CJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr><td>

**NOTICE TO DEFENDANT:** WALMART, INC., a Delaware corporation; TRACY,
*(AVISO AL DEMANDADO):* an individual; and DOES 1-25, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:** MARIA BECERRA DE GARCIA, an
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* individual; MELECIO
GARCIA GUTIERREZ, an individual.

</td><td>

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

</td></tr>
</table>

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr><td>

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Orange
700 Civic Center Drive West
Santa Ana, California 92701

</td><td>

**CASE NUMBER:**
*(Número del Caso):* 30-2022-01244464-CU-PO-CJC

Judge Michael Strickroth

</td></tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: John R. Rofael, Esq.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DOWNTOWN LA LAW GROUP
601 N. Vermont Ave., Los Angeles, CA 90004        (213) 389-3765

DATE: 02/08/2022  DAVID H. YAMASAKI, Clerk of the Court  Clerk, by *Katie Trent*, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*  Katie Trent

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Walmart Inc, a California Corporation

   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

Case 8:22-cv-01028-DOC-ADS   Document 1   Filed 05/20/22   Page 14 of 28   Page ID #:14
Electronically Filed by Superior Court of California, County of Orange, 02/08/2022 02:23:14 PM.
30-2022-01244464-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**John R. Rofael, Esq. - State Bar No. 282266**
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: JRofael@downtownlalaw.com

Attorneys for Plaintiffs,
MARIA BECERRA DE GARCIA

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF ORANGE**

| | |
|---|---|
| MARIA BECERRA DE GARCIA, an individual; MELECIO GARCIA GUTIERREZ, an individual.<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; TRACY, an individual; and DOES 1-25, inclusive.<br><br>Defendants. | Case No.: 30-2022-01244464-CU-PO-CJC<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. NEGLIGENCE<br>2. PREMISES LIABILITY<br>3. LOSS OF CONSORTIUM<br><br>[JURY DEMANDED]<br><br>**Assigned for All Purposes**<br><br>Judge Michael Strickroth |

COME NOW, Plaintiffs, MARIA BECERRA DE GARCIA and MELECIO

GARCIA GUTIERREZ, and allege against Defendants, and each of them, as follows:

1.    Plaintiffs MARIA BECERRA DE GARCIA and MELECIO GARCIA GUTIERREZ

are  individuals and are now, and at all times mentioned in this complaint were,  adult

residents of Orange County, California.

2.    Plaintiffs are informed and believe, and based upon such information and belief

allege that at all times relevant hereto Defendants WALMART, INC., a Delaware

corporation; TRACY, an individual; and DOES 1-25, inclusive, are, and at all times herein

1

**COMPLAINT FOR DAMAGES**

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

1    mentioned were individuals, corporations, sole proprietors, shareholders, associations,

2    partners and partnerships, joint venturers, and/or business entities unknown, primarily

3    residing and doing business in the county of Orange, State of California.

4    3.     Plaintiffs are informed and believe, and based upon such information and belief

5    allege that Defendant TRACY was a supervisor and/or manager of the store at the time of

6    Plaintiff's slip and fall. Based on information and belief, TRACY is now, and at all times

7    mentioned in this complaint was, an adult resident of Orange County, California. It is

8    believed that TRACY was responsible for the maintenance of the store at the time of

9    Plaintiff's slip and fall, was responsible to verify that there was in place a policy which

10    provided for the maintenance of the store according to industry standards, was responsible

11    for the training and education of the store employees who were tasked with conducting the

12    maintenance of the store, and was responsible for verifying that the store be maintained

13    according to industry standards and sufficient policies and procedures.

14    4.     Defendants DOES 1-25, inclusive, are sued herein under fictitious names, their true

15    names and capacities being unknown to Plaintiff. Plaintiff will amend this complaint to

16    allege their true names and capacities when ascertained. Plaintiff is informed and believes

17    and thereon alleges that each of the fictitiously named Defendants is responsible in some

18    manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were

19    proximately caused by those Defendants.

20

21    5.     Plaintiffs are informed and believe, and based upon such information and belief

22    allege that at all times relevant hereto Defendants WALMART, INC., a Delaware

23    corporation; TRACY, an individual; and DOES 1-25, inclusive, are, and at all times herein

24    mentioned where individuals, corporations, sole proprietors, shareholders, associations,

25    partners and partnerships, joint venturers, and/or business entities unknown, primarily

26    residing and doing business in the County of Orange, State of California. At all times herein

27    mentioned, said Defendants were the owners, lessors, sub-lessors, managing agents,

28    landlords, renters, managers, operators, marketers, inspectors, maintainers and controllers, of

1  a commercial property located at 2300 N Tustin St., Orange, CA 92865 (hereinafter referred

2  to as "THE SUBJECT PREMISES"), to which building the general public is invited to come.

3  6.      At all times herein mentioned, each of the Defendants were the agents, servants, and

4  employees of their co-defendants, and in doing the things hereinafter alleged were acting in

5  the scope of their authority as agents, servants, and employees, and with permission and

6  consent of their co-defendants.  Plaintiff is further informed and believes, and thereon

7  alleges, that each of the Defendants herein gave consent to, ratified, and authorized the acts

8  alleged herein to each of the remaining Defendants.

9  ## FIRST CAUSE OF ACTION

10  ## NEGLIGENCE

11  ### (Against All Defendants)

12  7.      Plaintiffs re-allege each and every allegation contained in the above Paragraphs 1

13  through 6, and by this reference incorporates said paragraphs as though fully set forth herein.

14  8.      On April 19, 2021 Plaintiff MARIA BECERRA DE GARCIA was lawfully on the

15  premises of Defendants' store for the purpose of purchasing miscellaneous items. Plaintiff

16  was walking within the subject premises when, suddenly and without warning, Plaintiff

17  MARIA BECERRA DE GARCIA slipped on an unknown substance on the floor and fell

18  violently to the floor, causing Plaintiff to sustain the serious injuries and damages described

19  below.

20  9.      Said Defendants, and each of them, fully and well knew, or should have known in the

21  exercise of reasonable care, that the structures and/or components and/or other parts of said

22  building were in a dangerous and defective and unsafe condition, and a menace to Plaintiff

23  and others lawfully on said premises.

24  10.     By reason of the aforesaid negligence, carelessness and recklessness of Defendants,

25  and each of them, as aforesaid, and as a direct and proximate result thereof, a dangerously

26  dirty and/or wet floor that was not properly installed, maintained, cleaned and/or protected at

27

28

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

**3**

**COMPLAINT FOR DAMAGES**

said property causing Plaintiff MARIA BECERRA DE GARCIA to sustain the injuries and damages as hereinafter alleged.

11.    As a direct and proximate result of the negligence, carelessness and recklessness of Defendants, and each of them, as aforesaid, Plaintiff MARIA BECERRA DE GARCIA was hurt in her health, strength and activity, sustaining severe shock and injuries to her person, all of which said injuries have caused, continue to cause, and will in the future cause Plaintiff great physical and emotional pain and suffering; Plaintiff is informed and believes, and therefore alleges, that said injuries are permanent in nature, all to her damage in a sum according to proof.

12.    As a direct and proximate result of the negligence, carelessness and recklessness of Defendants and each of them, as aforesaid, Plaintiff has been required to obtain medical services, and Plaintiff has suffered severe emotional distress.

## SECOND CAUSE OF ACTION

### PREMISES LIABILITY

### (Against All Defendants)

13.    Plaintiffs re-allege each and every allegation contained in the above Paragraphs 1 through 12, and by this reference incorporates said paragraphs as though fully set forth herein.

14.    On April 19, 2021 Plaintiff MARIA BECERRA DE GARCIA was lawfully on the premises of Defendants' store for the purpose of purchasing miscellaneous items. Plaintiff was walking within the subject premises when, suddenly and without warning, Plaintiff MARIA BECERRA DE GARCIA slipped on an unknown substance on the floor and fell violently to the floor, causing Plaintiff to sustain the serious injuries and damages described below.

15.    On or about April 19, 2021, Defendants WALMART, INC., a Delaware corporation; TRACY, an individual; and DOES 1-25, inclusive, carelessly and negligently owned, rented, managed, leased, supervised, inspected, operated, maintained and/or controlled the premises

Downtown L.A. Law Group
601 N. Vermont Ave.
Los Angeles, CA 90004

4

1  located at or near 2300 N Tustin St., Orange, CA 92865 such that it was in a dangerous,

2  defective and unsafe condition in conscious disregard for the risk of harm to invitees thereon.

3  By reason of said carelessness, negligence and conscious disregard of the Defendants, and

4  each of them, said premises were unsafe and dangerous to the general public and specifically

5  Plaintiff, MARIA BECERRA DE GARCIA.

6  16.    Defendants WALMART, INC., a Delaware corporation; TRACY, an individual; and

7  DOES 1-25, inclusive, and each of them, failed to warn Plaintiff MARIA BECERRA DE

8  GARCIA of said dangerous, defective and unsafe condition, although said Defendants, and

9  each of them, knew of said condition.

10 17.    As a direct and legal result of said carelessness, negligence and conscious disregard

11 of Defendants WALMART, INC., a Delaware corporation; TRACY, an individual; and

12 DOES 1-25, inclusive, and each of them, Plaintiff MARIA BECERRA DE GARCIA was

13 seriously injured when she slipped and fell on a dangerously dirty and/or wet floor that was

14 not properly installed, maintained, cleaned and/or protected at said property causing Plaintiff

15 to sustain the injuries and damages as hereinafter alleged.

16                          <u>**THIRD CAUSE OF ACTION**</u>

17        **FOR LOSS OF CONSORTIUM AS TO PLAINTIFF MELECIO GARCIA**

18                                  **GUTIERREZ**

19                            **(Against All Defendants)**

20 18.    Plaintiffs re-allege each and every allegation contained in the above Paragraphs 1

21 through 17, and by this reference incorporates said paragraphs as though fully set forth

22 herein.

23

24 19.    On April 19, 2021 Plaintiff MARIA BECERRA DE GARCIA and Plaintiff

25 MELECIO GARCIA GUTIERREZ were and now lawfully married and residing together as

26 husband and wife.

27 ///

28 ///

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA  90004

20.    Before sustaining said injuries, MARIA BECERRA DE GARCIA, the wife of MELECIO GARCIA GUTIERREZ, performed work and services customarily performed by a wife in the care, maintenance and management of said Plaintiffs' home.

21.    On or about April 19, 2021 Defendants WALMART, INC., a Delaware corporation; TRACY, an individual; and DOES 1-25, inclusive, carelessly and negligently owned, rented, managed, leased, supervised, inspected, operated, maintained and/or controlled the premises located at or near 2300 N Tustin St., Orange, CA 92865 such that it was in a dangerous, defective and unsafe condition in conscious disregard for the risk of harm to invitees thereon.

22.    Defendants WALMART, INC., a Delaware corporation; TRACY, an individual; and DOES 1-25, inclusive, failed to barricade the area and/or to warn of the dangerous condition, rending the area of said premises dangerous and resulting in serious bodily injury to the Plaintiff MARIA BECERRA DE GARCIA in the following manner: Plaintiff MARIA BECERRA DE GARCIA was lawfully on the premises of Defendants' store for the purpose of purchasing miscellaneous items. Plaintiff MARIA BECERRA DE GARCIA was walking within the subject premises when, suddenly and without warning, Plaintiff MARIA BECERRA DE GARCIA slipped on an unknown substance on the floor and fell violently to the floor, causing Plaintiff MARIA BECERRA DE GARCIA to sustain the serious injuries and damages

23.    The actions of the Defendants and/or it's employees were below the standard of care and were the cause of Plaintiff MARIA BECERRA DE GARCIA's injuries. As a direct and proximate result of the herein-described acts and/or omissions of the Defendants, and each of them, Plaintiff MARIA BECERRA DE GARCIA was severely injured and causing a loss of consortium to her husband, Plaintiff MELECIO GARCIA GUTIERREZ, as described herein.

24.    Before suffering these injuries on April 19, 2021, Plaintiff MELECIO GARCIA GUTIERREZ's spouse was able to and did perform all the duties of a wife and did perform all these duties, including assisting and maintaining the home and providing love,

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

1  companionship, affection, society, economic support, moral support and solace to Plaintiff

2  MELECIO GARCIA GUTIERREZ.

3  25.     As a direct and proximate result of the injuries sustained by Plaintiff MARIA

4  BECERRA DE GARCIA, she has been unable to perform many of the duties of a wife in that

5  she can no longer assist in housework, participate in family recreational and social activities,

6  contribute to household income, and provide for the physical comfort and affection to

7  Plaintiff MELECIO GARCIA GUTIERREZ.  Due to the nature of the injuries sustained by

8  Plaintiff MARIA BECERRA DE GARCIA, Plaintiff MELECIO GARCIA GUTIERREZ's

9  spouse is no longer able to provide him with love, companionship, economic support,

10  affection, society and moral support.  Plaintiff MELECIO GARCIA GUTIERREZ is

11  informed and believes that due to these injuries his spouse may be unable to perform these

12  duties in the future.  Plaintiff MELECIO GARCIA GUTIERREZ may therefore be deprived

13  of his spouse's consortium all to his damage in an amount to be proved at trial.

14  26.     By reason of said incident Defendants and each of them, are liable for, and Plaintiff

15  MELECIO GARCIA GUTIERREZ is entitled to recovery loss of consortium damages or

16  damages for the loss of support, services, love, companionship, society, affection, sexual

17  relations and solace of his wife in an amount presently unknown but exceeding the minimum

18  jurisdictional limit of this Court and as proven at time of trial.

19  **PRAYER FOR RELIEF**

20  WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

21  1.     For general damages in a sum according to proof;

22  2.     For medical, hospital, and related expenses according to proof;

23  3.     For loss of earnings according to proof;

24  4.     For loss of future earning capacity according to proof;

25  5.     For pre- and post-judgment interest and costs of suit incurred herein;

26  ///

27  ///

28  ///

**COMPLAINT FOR DAMAGES**

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

6.      For such other and further relief as this Court may deem proper.

DATED: February 7, 2022                    **DOWNTOWN L.A. LAW GROUP**

By: John R. Rofael, Esq.
Attorney for Plaintiffs,
MARIA BECERRA DE GARCIA, et. al.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

DATED: February 7, 2022                    **DOWNTOWN L.A. LAW GROUP**

By: John R. Rofael, Esq.
Attorney for Plaintiff,
MARIA BECERRA DE GARCIA, et. al.

Downtown L.A. Law Group
601 N. Vermont Ave.
Los Angeles, CA 90004

**8**
**COMPLAINT FOR DAMAGES**

Electronically Filed by Superior Court of California, County of Orange, 02/08/2022 02:23:14 PM.
30-2022-01244464-CU-PO-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| John R. Rofael, Esq.    SBN: 282266<br>DOWNTOWN LA LAW GROUP<br>601 N. Vermont Ave., Los Angeles, CA 90004<br>TELEPHONE NO.: (213) 389-3765    FAX NO. *(Optional)*: (877) 389-2775<br>E-MAIL ADDRESS: JRofael@downtownlalaw.com<br>ATTORNEY FOR *(Name)*: MARIA BECERRA DE GARCIA | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

CASE NAME: MARIA BECERRA DE GARCIA vs. WALMART, INC., et. al.

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 30-2022-01244464-CU-PO-CJC |
| | | JUDGE:  Judge Michael Strickroth<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation**<br>**(Cal. Rules of Court, rules 3.400–3.403)** |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Mass tort (40) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Product liability (24) | **Real Property** | [ ] Insurance coverage claims arising from the |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | above listed provisionally complex case |
| [X] Other PI/PD/WD (23) | condemnation (14) | types (41) |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more
      issues that will be time-consuming to resolve          courts in other counties, states, or countries, or in a federal
   c. [ ] Substantial amount of documentary evidence          court
                                                              f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify)*: Three
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*
Date: 2/7/22

John R. Rofael, Esq.
_____                    ►    _____
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

| | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | **FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
| PLAINTIFF: Maria Becerra De Garcia et.al. | |
| DEFENDANT: Walmart, Inc. et.al. | **Feb 8, 2022** |
| Short Title: DE GARCIA VS. WALMART, INC. | Clerk of the Court<br>By: Katie Trent, Deputy |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2022-01244464-CU-PO-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>07/11/2022</u> at <u>08:30:00 AM</u> in Department <u>C15</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court, By: _Katie Trent_ _____, Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** DE GARCIA VS. WALMART, INC.

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2022-01244464-CU-PO-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 02/08/2022. Following standard court practice the mailing will occur at Sacramento, California on 02/09/2022.

Clerk of the Court, by: *Katie Trent* _____ , Deputy

DOWNTOWN L.A. LAW GROUP
601 N VERMONT AVENUE
LOS ANGELES, CA 90004

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page: 2

V3 1013a (June 2004)                                                    Code of Civil Procedure , § CCP1013(a)

Daniel Azizi, Esq., SBN 268995
John Rofael, Esq., SBN 282266
**DOWNTOWN L.A. LAW GROUP**
601 N Vermont Ave
Los Angeles, CA 90004
Tel.: (213) 389-3765
Fax: (877) 389-2775
Email: Jrofael@downtownlalaw.com

Attorneys for Plaintiff
MARIA BECERRA DE GARCIA ET AL

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

MARIA BECERRA DE GARCIA, an individual; MELECIO GARCIA GUTIERREZ, an individual,

Plaintiff,

v.

WALMART, INC., a Delaware Corporation; TRACY, an individual; and DOES 1-25, inclusive.

Defendants.

Case No.:  30-2022-01244464-CU-PO-CJC

**STATEMENT OF DAMAGES**

Plaintiffs, MARIA BECERRA DE GARCIA ET AL, hereby provides to Defendants the following Statement of Damages:

1. General Damages:  In excess of  $1,000,000.00

2. Special Damages:  In excess of  $1,000,000.00

Plaintiff reserves the right to amend this Statement of Damages at a later time, as Discovery develops.

DATED: April 28, 2022          **DOWNTOWN L.A. LAW GROUP**

_____
Daniel Azizi, Esq.
John Rofael, Esq.
Attorneys for Plaintiffs,
MARIA BECERRA DE GARCIA ET AL

**CERTIFICATE OF SERVICE**

*De Garcia, et al. v. Walmart, Inc.*
O'Hagan Meyer File No.: 2967-17178

I am over the age of eighteen years and not a party to the within action.  I am employed by O'HAGAN MEYER LLP, whose business address is 4695 MacArthur Court, Suite 210, Newport Beach, California 92660.

On **May 20, 2022**, I served the within document(s) described as:

**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, 1446 (DIVERSITY) AND DECLARATION OF DAVID DAVIDSON, ESQ**

on the parties in said action as follows:

☒ **BY MAIL** (CCP § 1013) - I caused the documents described above to be deposited for processing in the mailroom in our offices.  I am "readily familiar" with the firm's practices of collection and processing correspondence for mailing.  It is deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

☒ **BY ELECTRONIC TRANSMISSION:** I served electronically via email per Section 1010.6 of the Code of Civil Procedure the above-referenced document(s) to the persons and e-mails address(es) indicated on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **May 20, 2022,** at Los Angeles, California.


*/s/ Amber Gurzenski*
Amber Gurzenski

1

## <u>SERVICE LIST</u>

2

| John R. Rofael, Esq.<br>**Downtown L.A. Law Group**<br>601 N. Vermont Avenue<br>Los Angeles, CA 90004<br>Tel: 213-389-3765<br>Fax: 213-389-2775<br>jrofael@downtownlalaw.com | Attorney for Plaintiffs<br>Maria Bercerra De Garica;<br>Melecio Garcia Gutierrez |
|---|---|

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**